**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>NATURAL MOLECULAR TESTING CORPORATION,<br><br>Debtor. | No. 13-19298-MLB<br><br>Chapter 11 |
| NATURAL MOLECULAR TESTING CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES; *et al.,*<br><br>Defendants. | No. 13-01635-MLB<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO ABSTAIN OR, IN THE ALTERNATIVE, STAY THE ADVERSARIAL PROCEEDING PENDING ADMINISTRATIVE REVIEW |

THIS MATTER came before this Court upon the Defendants' Motion to Abstain, or, in the Alternative, Stay the Adversarial Proceeding Pending Administrative Review (Dkt. #108).

ORDER - 1
(No. 13-01635-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 13-01635-MLB    Doc 175    Filed 11/21/14    Ent. 11/21/14 09:51:53    Pg. 1 of 3

THE COURT has reviewed the Defendants' Motion; Plaintiff's Opposition thereto; Defendants' Reply; the supporting documentation filed in support of each and has heard oral argument regarding the same. Now, therefore, it is hereby ORDERED that Defendants' Motion to Abstain is DENIED.

It is also hereby ORDERED that Defendants' Motion to Stay the Adversarial Proceeding Pending Administrative Review is GRANTED, in part. This proceeding is hereby stayed until April 24, 2015 at 1:30 p.m., at which time the Court hereby sets a hearing regarding the status of the claims/agency review process, and at which hearing the Court shall decide whether to terminate or continue the stay.

It is further ORDERED that there is no stay on discovery in this matter, which shall proceed according to all applicable District Court and Bankruptcy Court Rules, and pursuant to the authority set forth by the Court on the record on October 27, 2014.

It is further ORDERED that the hearings on Defendants' Motion for Judgment on the Pleadings [Dkt. #67, *et seq*.] and Defendants' Motion for Summary Judgment [Dkt. #142, *et seq*.] are hereby deferred until further Order of the Court. Any further Court Order setting a hearing on Defendants' Motion for Summary Judgment will also set an appropriate briefing schedule on same.

///END OF ORDER///

ORDER - 2
(No. 13-01635-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 13-01635-MLB    Doc 175    Filed 11/21/14    Ent. 11/21/14 09:51:53    Pg. 2 of 3

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | ANNETTE L. HAYES<br>Acting United States Attorney |
| 4 | |
| 5 | */s/ Christina Fogg* |
| 6 | CHRISTINA FOGG, WSBA #40159<br>Assistant United States Attorney |
| 7 | 700 Stewart Street, Suite 5220 |
| 8 | Seattle, Washington 98101-1271<br>Phone: (206) 553-7970 |
| 9 | Fax: (206) 553-4067<br>E-mail: Christina.fogg@usdoj.gov |

ORDER - 3
(No. 13-01635-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 13-01635-MLB  Doc 175  Filed 11/21/14  Ent. 11/21/14 09:51:53  Pg. 3 of 3