**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>NATURAL MOLECULAR TESTING CORPORATION,<br><br>Debtor. | No. 13-19298-MLB<br><br>Chapter 11 |
| NATURAL MOLECULAR TESTING CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES; *et al.,*<br><br>Defendants. | No. 13-01635-MLB<br><br>ORDER GRANTING MOTION FOR DECLARATION OF INAPPLICABILITY OF AUTOMATIC STAY |

THIS MATTER came before this Court upon the Defendants' Motion For Declaration of Inapplicability of Automatic Stay, or, in the Alternative, for Relief from Stay for Agency Review of Medicare Reimbursement Dispute (Dkt. #178).

ORDER - 1
(No. 13-01635-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | THE COURT has reviewed the Defendants' Motion; Plaintiff's Opposition thereto; |
| 2 | Defendants' Reply; the supporting documentation filed in support of each and has heard oral |
| 3 | argument regarding the same. Now, therefore, it is hereby ORDERED that Defendants' |
| 4 | Motion is GRANTED for the reasons set forth on the record on January 7, 2015. |
| 5 | |
| 6 | The Court hereby declares that the Centers for Medicare & Medicaid Services ("CMS") |
| 7 | and its contracting agencies' administrative review of NMTC's Medicare reimbursement |
| 8 | claims is excepted from the automatic stay provision set forth at 11 U.S.C. § 362 because it is |
| 9 | an action or proceeding by a governmental unit to enforce such governmental unit's police or |
| 10 | regulatory power, excepted from the automatic stay by 11 U.S.C. § 362(b)(4). Therefore, the |
| 11 | automatic stay does not apply to CMS's review process unless and until it attempts to enforce |
| 12 | any administrative award or judgment against the debtor. |
| 13 | The Court further declares that if CMS's administrative review were not excepted from |
| 14 | the automatic stay as an exercise of police or regulatory power, it would still be permitted to |
| 15 | proceed because there is cause to lift the stay pursuant to 11 U.S.C. § 362(d)(1). This Court |
| 16 | previously ruled that this adversary proceeding should be stayed in deference to the agency's |
| 17 | primary jurisdiction over Medicare reimbursement disputes. *See*, Order dated November 21, |
| 18 | 2014 [Dkt. #175]. That ruling provides cause for relief from stay to the extent necessary. |

THE COURT has reviewed the Defendants' Motion; Plaintiff's Opposition thereto; Defendants' Reply; the supporting documentation filed in support of each and has heard oral argument regarding the same. Now, therefore, it is hereby ORDERED that Defendants' Motion is GRANTED for the reasons set forth on the record on January 7, 2015.

The Court hereby declares that the Centers for Medicare & Medicaid Services ("CMS") and its contracting agencies' administrative review of NMTC's Medicare reimbursement claims is excepted from the automatic stay provision set forth at 11 U.S.C. § 362 because it is an action or proceeding by a governmental unit to enforce such governmental unit's police or regulatory power, excepted from the automatic stay by 11 U.S.C. § 362(b)(4). Therefore, the automatic stay does not apply to CMS's review process unless and until it attempts to enforce any administrative award or judgment against the debtor.

The Court further declares that if CMS's administrative review were not excepted from the automatic stay as an exercise of police or regulatory power, it would still be permitted to proceed because there is cause to lift the stay pursuant to 11 U.S.C. § 362(d)(1). This Court previously ruled that this adversary proceeding should be stayed in deference to the agency's primary jurisdiction over Medicare reimbursement disputes. *See*, Order dated November 21, 2014 [Dkt. #175]. That ruling provides cause for relief from stay to the extent necessary.

///END OF ORDER///

ORDER - 2
(No. 13-01635-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 13-01635-MLB    Doc 190    Filed 01/28/15    Ent. 01/28/15 09:50:46    Pg. 2 of 3

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | ANNETTE L. HAYES<br>Acting United States Attorney |
| 4 | |
| 5 | */s/ Christina Fogg*<br>CHRISTINA FOGG, WSBA #40159 |
| 6 | Assistant United States Attorney |
| 7 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 8 | Phone: (206) 553-7970<br>E-mail: Christina.fogg@usdoj.gov |

ORDER - 3
(No. 13-01635-MLB)